BEN ZISKIN, Appellant, *v.* AL GREENBERG et al., Defendants, and
A. S. G. REALTY CORPORATION, Respondent.

Argued June 19, 1942; decided July 29, 1942.

*Harry Malter* and *Isadore B. Hurwitz* for appellant.
*Adolph Feldblum* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.